IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : | Consolidated Under MDL DOCKET NO. 875 |
| KRUEGER | : | |
| v. | : | |
| VARIOUS DEFENDANTS | : | E.D. Pa Case No. 12-60020 |

**FILED JUL 24 2014 MICHAEL E. KUNZ, Clerk By_____ Dep. Clerk**

## O R D E R

**AND NOW**, this **24th** day of **July, 2014**, it is hereby **ORDERED** that Plaintiff's Motion for Relief from Judgment (ECF No. 154) is **GRANTED** as unopposed.[1]

It is further **ORDERED** that the Court's order of May 20, 2013 (ECF No. 137) is **VACATED** in part, and General Electric Company, Georgia-Pacific Corporation, and CBS Corporation shall be reinstated as active defendants on the docket.

AND IT IS SO ORDERED.

**EDUARDO C. ROBRENO, J.**

---

[1] Plaintiff moves for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b) after this Court granted the motion to dismiss of Defendants General Electric Company, Georgia-Pacific Corporation, and CBS Corporation as unopposed. Defendants motion to dismiss was actually opposed by Plaintiff. Defendants have not opposed the instant motion. Accordingly, the Defendants should be reinstated to the docket.

1