**Plaintiff's Response to Court-Ordered Discovery Requests |** *Krueger v. AC and S., Inc., et al.* **| PA-ED No. 12-CV-60020**

Product Evidence Chart[1]

| Product | Liable Defendant | Location of Exposure | Date(s) of Exposure | Fact Witnesses re: Defendant's Liability | Expert Witnesses re: Defendant's Liability | Other Evidence re: Defendant's Liability[2] |
|---|---|---|---|---|---|---|
| Electrical Switchgear | CBS Corporation | Algoma Lumber Company | 1963-1978 | Glenn Krueger | Stephen Haber, M.D. Stephen Kenoyer Kenneth Garza | Plaintiff's First Response to Standard Interrogatories 9/10/12 [Ex. 1] Dr. Haber Report 7/10/12 [Ex. 2] Krueger Declaration 12/2/12 [Ex. 3] Plaintiff's Response to Standard Interrogatories Reserved 12/13/12 [Ex. 4] Kenoyer/Garza Report 10/12/12 [Ex. 11] **Evidence relied upon in Plaintiff's Amended Brief On Asbestos Exposure Proximate Causation Law 2/3/2012 (separate chart attached)** **Evidence relied upon in CVLO Clients' Second Revised Brief Re Electrical Switchgear Asbestos Exposures 1/19/2013 (separate chart attached)** |

1. Conforms to the chart in Ex. B to order dated 10/1/2014. Information is limited to what was relied upon in responses to defendants' motions for summary judgment, as required by the footnote reference din the order.
2. Exhibit numbers refer to those used in Plaintiff's Response in Opposition to CBS Corporation's, General Electric Company's, Union Carbide, and Georgia Pacific Corporation's Motions for Summary Judgment.

| Product | Liable Defendant | Location of Exposure | Date(s) of Exposure | Fact Witnesses re: Defendant's Liability | Expert Witnesses re: Defendant's Liability | Other Evidence re: Defendant's Liability[2] |
|---|---|---|---|---|---|---|
| Electrical Switchgear | General Electric | Algoma Lumber Company | 1963-1978 | Glenn Krueger | Stephen Haber, M.D.<br><br>Stephen Kenoyer<br><br>Kenneth Garza | Plaintiff's First Response to Standard Interrogatories 9/10/12 [Ex. 1]<br>Dr. Haber Report 7/10/12 [Ex. 2]<br>Krueger Declaration 12/2/12 [Ex. 3]<br>Plaintiff's Response to Standard Interrogatories Reserved 12/13/12 [Ex. 4]<br>Kenoyer/Garza Report 10/12/12 [Ex. 11]<br>**Evidence relied upon in Plaintiff's Amended Brief On Asbestos Exposure Proximate Causation Law 2/3/2012 (separate chart attached)**<br>**Evidence relied upon in CVLO Clients' Second Revised Brief Re Electrical Switchgear Asbestos Exposures 1/19/2013 (separate chart attached)** |

2

| Product | Liable Defendant | Location of Exposure | Date(s) of Exposure | Fact Witnesses re: Defendant's Liability | Expert Witnesses re: Defendant's Liability | Other Evidence re: Defendant's Liability[2] |
|---|---|---|---|---|---|---|
| Joint Compound | Georgia-Pacific | Algoma Lumber Company | 1963-1978 | Glenn Krueger<br><br>Charles Lehnert<br><br>John Walsh | Stephen Haber, M.D.<br><br>Stephen Kenoyer<br><br>Kenneth Garza | Plaintiff's First Response to Standard Interrogatories 9/10/12 [Ex. 1]<br><br>Dr. Haber Report 7/10/12 [Ex. 2]<br><br>Krueger Declaration 12/2/12 [Ex. 3]<br>Plaintiff's Response to Standard Interrogatories Reserved 12/13/12 [Ex. 4]<br><br>Federal Register Part V [Ex. 5]<br>Lehnert Deposition 9/20/06 [Ex. 6]<br>Walsh Deposition 3/7/05 [Ex. 7]<br>Walsh Deposition 11/15/07 [Ex. 9]<br>Lehnert Handwritten Summary [Ex. 10]<br>Kenoyer/Garza Report 10/12/12 [Ex. 11]<br>**Evidence relied upon in Plaintiff's Amended Brief On Asbestos Exposure Proximate Causation Law 2/3/2012 (separate chart attached)** |

Defense Evidence Chart

| Defense | Defendant(s) Raising/Asserting Defense | Fact Witnesses re: Defense | Expert Witnesses re: Defense | Other Evidence re: Defendant's Liability[2] |
|---|---|---|---|---|
| Statute of Limitations | General Electric | | | |

| Product | Liable Defendant | Location of Exposure | Date(s) of Exposure | Fact Witnesses re: Defendant's Liability | Expert Witnesses re: Defendant's Liability | Other Evidence re: Defendant's Liability[3] |
|---|---|---|---|---|---|---|
| Electrical Switchgear | General Electric | | | Philip Hopkinson Ray McMullen | Samuel Wineman Barry Castleman Stephen Kenoyer Kenneth Garza James Huttner | Photographs of deteriorated switchgear components (Ex 2) Report of James Huttner, July 15, 2012 (Ex 3) Report of Kenneth S. Garza and Stephen Kenoyer 5-1-2012 (Ex 4) MVA study referenced in Kenoyer Declarations (Ex 34) GE Magne-Blast Circuit Breaker Manual (Ex 6) GE Magne-Blast Circuit Breaker Manual, 1956 (Ex 7) GE Magne-Blast Circuit Breaker Manual, 1964 (Ex 8) GE Magne-Blast Circuit Breaker Manual, 1971 (Ex 9) GE Magne-Blast Circuit Breaker Manual, 1980 (Ex 10) Declaration of Kevin Hanbury (Ex 5) Report of Samuel T. Wineman, August 11, 2012 (Ex 11) Drawing of Type DH-P Switchgear (Ex 12) Photo of switchgear bank (1 of 2) (Ex 16) Photo of switchgear bank (2 of 2) (Ex 17) Deposition of Stephen Kenoyer, June 6, 2012 (Ex 18) CV of Stephen Kenoyer (Ex 19) CV of Samuel T. Wineman (Ex 20) GE product catalog (Ex 21) GE "Section 9" Magne-Blast breaker replacement manual (Ex 22) Deposition of Ray McMullen January 5, 2012 (Ex 24) Deposition of Philip J. Hopkinson, September 11, 2012 (Ex 25) Huttner Declaration regarding second amended report, July 23, 2012 (Ex 26) Letter to Judge Robreno, June 26, 2012 (Ex 27) Declaration of Stephen Kenoyer, June 30, 2012 (Ex 32) Declaration of Stephen Kenoyer, January 9, 2013 (Ex 33) Deposition of Samuel T. Wineman, Sept. 19, 2012 (Vol. I) (Ex 35) Deposition of Barry J. Castleman, March 19, 2012 (excerpts) (Ex 38) |

| Product | Liable Defendant | Location of Exposure | Date(s) of Exposure | Fact Witnesses re: Defendant's Liability | Expert Witnesses re: Defendant's Liability | Other Evidence re: Defendant's Liability[3] |
|---|---|---|---|---|---|---|
| | | | | | | |
| Electrical Switchgear | CBS Corporation | | | Ray McMullen | Samuel Wineman | Photographs of deteriorated switchgear components (Ex 2) |
| | | | | Philip Hopkinson | Barry Castleman<br>Stephen Kenoyer<br>Kenneth Garza<br>James Huttner | Report of James Huttner, July 15, 2012 (Ex 3)<br>Report of Kenneth S. Garza and Stephen Kenoyer 5-1-2012 (Ex 4)<br>Declaration of Kevin Hanbury Juny 25, 2012 (Ex 5)<br>Report of Samuel T. Wineman, August 11, 2012 (Ex 11)<br>1985 Westinghouse Internal Memorandum (Ex 1)<br>Westinghouse Manual for DH-P Circuit Breakers (Ex 13)<br>Westinghouse Manual for DH-P Magnetic Circuit Breakers (Ex 14)<br>Westinghouse Manual for DH-P De-Ion Air Circuit Breakers (Ex 15)<br>Drawing of Type DH-P Switchgear (Ex 12)<br>Photo of switchgear bank (1 of 2) (Ex 16)<br>Photo of switchgear bank (2 of 2) (Ex 17)<br>Deposition of Stephen Kenoyer, June 6, 2012 (Ex 18)<br>CV of Stephen Kenoyer (Ex 19)<br>CV of Samuel T. Wineman (Ex 20)<br>Deposition of Ray McMullen, August 30, 2007 (Ex 23)<br>Deposition Ray McMullen January 5, 2012 (Ex 24)<br>Deposition of Philip J. Hopkinson, September 11, 2012 (Ex 25)<br>Huttner Declaration re: second amended report 7-23-2012 (Ex 26)<br>Letter to Judge Robreno, June 26, 2012 (Ex 27)<br>Westinghouse material card regarding phenolic compounds (Ex 28)<br>Westinghouse material card regarding cement board (1962) (Ex 29)<br>Westinghouse material card regarding cement board (1983) (Ex 30)<br>Westinghouse material card regarding rope packing (Ex 31)<br>Declaration of Stephen Kenoyer, June 30, 2012 (Ex 32) |

| Product | Liable Defendant | Location of Exposure | Date(s) of Exposure | Fact Witnesses re: Defendant's Liability | Expert Witnesses re: Defendant's Liability | Other Evidence re: Defendant's Liability[3] |
|---|---|---|---|---|---|---|
| | | | | | | Declaration of Stephen Kenoyer, January 9, 2013 (Ex 33) <br> Deposition of Samuel T. Wineman, Sept. 19, 2012 (Vol. I) (Ex 35) <br> Deposition of Barry J. Castleman, March 19, 2012 (Ex 38) |

3. Exhibit numbers refer to those used in Plaintiffs' Second Revised Brief Re Electrical Switchgear Exposures.

**Plaintiffs' Amended Brief on Asbestos Exposure Proximate Causation Law 2/3/12**

Evidence Chart

| Product | Liable Defendant | Location of Exposure | Date(s) of Exposure | Fact Witnesses re: Defendant's Liability | Expert Witnesses re: Defendant's Liability | Other Evidence re: Defendant's Liability[4] |
|---|---|---|---|---|---|---|
| | | | | | Arthur Frank, M.D. | A. Tossavainen, "Asbestos, asbestosis, and cancer: the Helsinki criteria for diagnosis and attribution," 23(4) Scand. J. Work, Envir't. & Health 311 at 314 (1997) [Ex. 1] |
| | | | | | Henry Anderson, M.D. | U. S. Environmental Protection Agency, Toxic Information Series: Asbestos (April 1980) [Ex. 2] |
| | | | | | Carlos Bedrossian, M.D. | U. S. EPA and NIOSH, Building Air Quality, Appendix D: Asbestos (1991) [Ex. 3] |
| | | | | | | World Health Organization position on asbestos, 5 May 2006 letter from Susanne Weber-Mosdorf to Professor Joseph LaDou [Ex. 4] |
| | | | | | | Dr. Arthur Frank, 25 Jan. 2012 Deposition, rough draft transcript (excerpts) [Ex. 5] |
| | | | | | | Dr. Henry Anderson, 19 September 2011 report re Lloyd Anderson [Ex. 6] |
| | | | | | | Dr. Carlos WM. Bedrossian, 17 October 2011 report re Paul Gehrt [Ex. 7] |
| | | | | | | Dr. Arthur Frank, 25 Jan. 2012 Deposition, certified transcript [Ex. 8] |

4. Exhibit numbers refer to those listed in Plaintiffs' Amended Brief on Asbestos Exposure Proximate Causation Law 2/3/12.

8