# CASCINO VAUGHAN LAW OFFICES, LTD

MICHAEL P. CASCINO (IL)
ALLEN D. VAUGHAN (IL)
ROBERT G. McCOY (WI, IL)
JAMES N. HOEY (IL)

220 SOUTH ASHLAND
CHICAGO, ILLINOIS
60607-5308
312-944-0600
312-944-1870 FAX
www.cvlo.com

*Via ECF*

January 5, 2015

Magistrate David R. Strawbridge
U.S. District Court for the Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

    In re: *Cases listed on the attached Exhibit A*

Dear Judge Strawbridge:

Our office is in receipt of your December 2, 2014 orders regarding settlement conferences scheduled for January 13 and 14, 2015 in Philadelphia. Our office requests that the 14 plaintiffs be allowed to appear by telephone. The plaintiffs reside in many states, including Wisconsin, Illinois, Indiana, Ohio, Missouri, Virginia, Florida, and Texas, and would have to expend significant time and resources in order to all travel to Philadelphia to attend in person. Furthermore, all the plaintiff's have been contacted and advised to be available by phone for the entire day that their settlement conference is scheduled.

Respectfully,

*/s/ Michael P. Cascino*

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Avenue
Chicago, IL 60607
Phone: 312.944.0600
email: mcascino@cvlo.com

Exhibit A -- 1/5/2015 letter of Michael P. Cascino
List of Cases

| CLIENT NAME | E.D. Pa. Nos. |
|---|---|
| Arseneault, Clovis | 10-CV-67621 |
| Carlson, Neil | 10-CV-67533 |
| Carmichael, James | 10-CV-67545 |
| Embly, Robert | 10-cv-64584 |
| Frankenberger, Howard | 09-CV-61717 |
| Hynek, Claire | 13-CV-60016 |
| Junk, Bonnie | 09-CV-60550 |
| Knezevic, Dorothy | 13-CV-60009 |
| Krueger, Glenn | 12-CV-60020 |
| Luna, Sr., David | 13-CV-60002 |
| Moss, Jane | 13-CV-60004 |
| Pehlke, Luella | 12-CV-60049 |
| Reno, Charles | 09-CV-60293 |
| Unzicker, Leonard | 11-CV-66288 |